SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

RECEIVED
07 MAY 15 PM 2:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 16 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VENKATESH MEDIKONDURU,

   Plaintiff,

   v.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
EMILIO T. GONZALES, Director of United States
Citizenship and Immigration Services;
ROBERT S. MUELLER, Director of Federal
Bureau of Investigation;
DAVID STILL, District Director, District of
Northern California,

   Defendants.

Case No. 07-0064 CRB

**STIPULATION TO DISMISS AND
[~~PROPOSED~~] ORDER**

Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 07-0064 CRB

Dated: May 15, 2007

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

Dated: May 15, 2007

See for Signature
VENKATESH MEDIKONDURU
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 16, 2007

CHARLES R. BREYER
United States District Judge

Stipulation to Dismiss
C 07-0064 CRB                                    2